**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON**

| | |
|---|---|
| AMANDA MORENO, D.O.,<br><br>　　　Plaintiff,<br><br>v.<br><br>MAHASKA HEALTH PARTNERSHIP; MAHASKA COUNTY, IOWA; KEVIN DERONDE; DAVID CORNELDER; TIMOTHY BREON; DAVID LANGKAMP; AMBER COFFEY; GREG GORDY; and MARSHA RIORDAN,<br><br>　　　Defendants. | CASE No. 4:23-cv-000121<br><br><br>**DISMISSAL WITHOUT PREJUDICE (MAHASKA COUNTY, IOWA)** |

　　　COMES NOW Plaintiff, by and through Counsel, and hereby dismisses Defendant Mahaska County, Iowa as a defendant in this case, without prejudice. This dismissal does not affect and is not intended to affect the proceedings against other defendants.

　　　　　　　　　　　　　　　　　　　*/s/ Devin C. Kelly*
　　　　　　　　　　　　　　　　　　　ROXANNE CONLIN AT0001642
　　　　　　　　　　　　　　　　　　　DEVIN C. KELLY AT0011691
　　　　　　　　　　　　　　　　　　　ROXANNE CONLIN & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　3721 SW 61st Street, Suite C
　　　　　　　　　　　　　　　　　　　Des Moines, IA 50321-2418
　　　　　　　　　　　　　　　　　　　Phone: (515) 283-1111; Fax: (515) 282-0477
　　　　　　　　　　　　　　　　　　　Email:　　roxanne@roxanneconlinlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　dkelly@roxanneconlinlaw.com
　　　　　　　　　　　　　　　　　　　cc:　　　dpalmer@roxanneconlinlaw.com

　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT on July 31, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                                                  _/s/ Devin C. Kelly_