IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

| | | |
|---|---|---|
| AMANDA MORENO, D.O., | ) | LAW NO. 4:23-cv-00121-SHL-SBJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT MOTION TO CONDUCT** |
| | ) | **DEPOSITIONS IN JANUARY 2025** |
| MAHASKA HEALTH | ) | **(EXTEND DISCOVERY DEADLINE)** |
| PARTNERSHIP; KEVIN | ) | |
| DERONDE; DAVID CORNELDER; | ) | |
| TIMOTHY BREON; DAVID | ) | |
| LANGKAMP; AMBER COFFEY; | ) | |
| GREG GORDY; and MARSHA | ) | |
| RIORDAN, | ) | |
| Defendants. | ) | |

**COME NOW** the Parties and in support of their Joint Motion to Conduct Depositions in January 2025 (Extend Discovery Deadline) state as follows:

1. Per this Court's Text Order of September 11, 2024 (Dk. 53), the parties have until December 31, 2024 to complete discovery and until January 31, 2025 to file dispositive motions.

2. Since the September 11, 2024 hearing on the parties' Joint Motion to Continue Trial, the parties, and their Counsel, have worked diligently together to set and conduct the depositions of all necessary non-expert witnesses.

3. Subsequent to the September 11, 2024 hearing and the filing of the Parties' Joint Status Report re: Depositions on September 20, 2024 (Dk. 55), both sides have named Mike Lange as a person with knowledge and discoverable information. Mr. Lange served as the Director of Emergency Medical Services at Defendant Mahaska Health

Partnership during the relevant time period. While the parties worked to schedule Mr. Lange's deposition prior to the close of discovery, they were unable to do so. However, Mr. Lang, and counsel for all parties, are available on January 22, 2025.

4. Furthermore, Andra King was scheduled to sit for her deposition on December 17, 2024. Because of an error in scheduling, it was agreed her deposition would take place the following day, December 18, 2024. However, during this time, Ms. King developed an unanticipated illness, making her unavailable on December 18, 2024 (as well as December 17, 2024 had the deposition proceeded as originally scheduled). Counsel agreed to reschedule Ms. King's deposition to a later date. The parties believe they can reschedule Ms. King's deposition prior to January 31, 2025.

5. The depositions will not impact the current dispositive motion deadline of January 31, 2025.

6. No party will be prejudiced by the granting of this Joint Motion. The parties believe the Court will not be prejudiced as any additional evidence or testimony obtained from these depositions will be made available to them in advance of the dispositive motion deadline.

7. Good cause exists for the granting of this Joint Motion.

WHEREFORE the Parties respectfully request this Court GRANT this Joint Motion and Order that the depositions of Mike Lange and Andra King may be conducted in January 2025.

Respectfully Submitted,

/s/ Devin C. Kelly

        Roxanne Conlin
        Devin Kelly
        ROXANNE CONLIN & ASSOCIATES, P.C.
        3721 SW 61st Street, Suite C
        Des Moines, IA 50321-2418
        Phone: (515) 283-1111
        Fax: (515) 282-0477
        roxanne@roxanneconlinlaw.com
        dkelly@roxanneconlinlaw.com
        cc: dpalmer@roxanneconlinlaw.com
        **ATTORNEYS FOR PLAINTIFF**

        _/s/ Abigail L. Wallace_____
        Stacie M. Codr, AT0001502
        Abigail L. Wallace, AT0012801
        FINLEY LAW FIRM, P.C.
        699 Walnut Street, Suite 1700
        Des Moines, IA 50309
        Telephone:  (515) 288-0145
        Fax:  (515) 288-2724
        scodr@finleylaw.com
        awallace@finleylaw.com
        cc: fdavis@finleylaw.com
        **ATTORNEYS FOR DEFENDANTS**
        **MAHASKA HEALTH PARTNERSHIP;**
        **KEVIN DERONDE; DAVID**
        **CORNELDER; TIMOTHY BREON;**
        **DAVID LANGKAMP; AMBER COFFEY;**
        **GREG GORDY; and MARSHA RIORDAN**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on December 31, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

        _/s/ Devin C. Kelly_____