IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

| | | |
|---|---|---|
| AMANDA MORENO, D.O., | ) | LAW NO. 4:23-cv-00121-SHL-SBJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VOLUNTARY AND STIPULATED** |
| | ) | **PARTIAL DISMISSAL WITHOUT** |
| MAHASKA HEALTH | ) | **PREJUDICE PURSUANT TO** |
| PARTNERSHIP; KEVIN | ) | **FEDERAL RULE OF CIVIL** |
| DERONDE~~; DAVID CORNELDER;~~ | ) | **PROCEDURE 41(a)** |
| ~~TIMOTHY BREON; DAVID~~ | ) | |
| ~~LANGKAMP; AMBER COFFEY;~~ | ) | |
| ~~GREG GORDY; and MARSHA~~ | ) | |
| ~~RIORDAN~~, | ) | |
| Defendants. | ) | |

COMES NOW Plaintiff, through counsel, pursuant to Fed. R. Civ. P. 41(a)(1) and hereby dismisses the following Defendants and claims in this action, without prejudice.

1. Defendant DAVID CORNELDER
2. Defendant DAVID LANGKAMP
3. Defendant AMBER COFFEY
4. Defendant GREG GORDY
5. Defendant MARSHA RIORDAN
6. Defendant TIMOTHY BREON
7. Count II (Title VII) – Against Defendants Kevin DeRonde, Timothy Breon, and all Defendants in ¶¶ 1-6 above.
8. Count II (Title VII) claim for punitive damages.
9. Count III (Equal Protection Clause) – Against all Defendants.

The below listed claims and Defendants are expressly **not dismissed**.

1. Count I (Chapter 216) – Against Defendants Mahaska Health Partnership and Kevin DeRonde.
2. Count II (Title VII) – Against Defendant Mahaska Health Partnership

Respectfully Submitted,

 _/s/ Devin C. Kelly_____
ROXANNE CONLIN AT0001642

DEVIN C. KELLY AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111
Fax: (515) 282-0477
roxanne@roxanneconlinlaw.com
dkelly@roxanneconlinlaw.com
cc: dpalmer@roxanneconlinlaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on January 31, 2025 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

_/s/ Devin C. Kelly_____

## DEFENDANTS' STIPULATION

COME NOW, the Defendants, by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of claims and Defendants set forth above.

_/s/ Abigail L. Wallace_
Stacie M. Codr, AT0001502
Abigail L. Wallace, AT0012801
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Telephone:  (515) 288-0145
Fax:  (515) 288-2724
scodr@finleylaw.com
awallace@finleylaw.com
cc: fdavis@finleylaw.com
**ATTORNEYS FOR DEFENDANTS MAHASKA HEALTH PARTNERSHIP; KEVIN DERONDE; DAVID CORNELDER; TIMOTHY BREON; DAVID LANGKAMP; AMBER COFFEY; GREG GORDY; and MARSHA RIORDAN**