IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

| | | |
|---|---|---|
| AMANDA MORENO, D.O., | ) | LAW NO. 4:23-cv-00121-SHL-SBJ |
| Plaintiff, | ) | |
| vs. | ) | **JOINT NOTICE OF RESOLUTION** |
| MAHASKA HEALTH PARTNERSHIP AND KEVIN DERONDE, | ) | |
| Defendants. | ) | |

The Parties provide this Joint Notice of Resolution as follows:

1. The Parties have been able to reach an agreed-upon resolution of all claims and issues currently pending in this action.

2. The Parties jointly request that the trial of this matter, scheduled to begin on or about December 1, 2025, be removed from the Court's calendar.

3. The Parties respectfully request up to and including November 30, 2025 to complete the necessary steps to fully-effectuate their agreement, and to file appropriate dismissal papers with the Court.

Respectfully Submitted,

  */s/ Devin C. Kelly*
Roxanne Conlin
Devin Kelly AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C

        Des Moines, IA 50321-2418
        Phone: (515) 283-1111
        Fax: (515) 282-0477
        roxanne@roxanneconlinlaw.com
        dkelly@roxanneconlinlaw.com
        cc: dpalmer@roxanneconlinlaw.com
        **ATTORNEYS FOR PLAINTIFF**

        */s/ Abigail L. Wallace*
        Stacie M. Codr, AT0001502
        Abigail L. Wallace, AT0012801
        FINLEY LAW FIRM, P.C.
        699 Walnut Street, Suite 1700
        Des Moines, IA 50309
        Telephone: (515) 288-0145
        Fax: (515) 288-2724
        scodr@finleylaw.com
        awallace@finleylaw.com
        cc: fdavis@finleylaw.com
        **ATTORNEYS FOR DEFENDANTS**
        **MAHASKA HEALTH PARTNERSHIP and**
        **KEVIN DERONDE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on November 7, 2025 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

        */s/ Devin C. Kelly*