IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

| | | |
|---|---|---|
| AMANDA MORENO, D.O., | ) | LAW NO. 4:23-cv-00121-SHL-SBJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **VOLUNTARY AND STIPULATED** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| MAHASKA HEALTH | ) | **PURSUANT TO FEDERAL RULE OF** |
| PARTNERSHIP and KEVIN | ) | **CIVIL PROCEDURE 41(a)(1)** |
| DERONDE; | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW Plaintiff, through counsel, pursuant to Fed. R. Civ. P. 41(a)(1) and hereby dismisses all counts of the above captioned case against Defendants with prejudice.

Respectfully Submitted,

  _/s/ Devin C. Kelly_____
Roxanne Conlin
Devin Kelly AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111
Fax: (515) 282-0477
roxanne@roxanneconlinlaw.com
dkelly@roxanneconlinlaw.com
cc: dpalmer@roxanneconlinlaw.com
**ATTORNEYS FOR PLAINTIFF**

COME NOW, the Defendants by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of claims against Defendants with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

       /s/ *Abigail L. Wallace*
Stacie M. Codr, AT0001502
Abigail L. Wallace, AT0012801
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Telephone: (515) 288-0145
Fax: (515) 288-2724
scodr@finleylaw.com
awallace@finleylaw.com
cc: fdavis@finleylaw.com
**ATTORNEYS FOR DEFENDANTS MAHASKA HEALTH PARTNERSHIP and KEVIN DERONDE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on December 30, 2025 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.
       /s/ *Devin C. Kelly*